Abran E. Vigil
Nevada Bar No. 7548
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Phone: (702) 471-7000
Fax: (702) 471-7070
Email: vigila@ballardspahr.com

*Counsel for Plaintiffs*
*AstraZeneca UK Limited,*
*IPR Pharmaceuticals, Inc., and*
*Shionogi Seiyaku Kabushiki Kaisha*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>Plaintiffs,<br><br>vs.<br><br>WATSON PHARMACEUTICALS, INC., WATSON PHARMA, INC., and WATSON LABORATORIES, INC.,<br><br>Defendants. | CASE NO. 2:10-CV-1969<br><br>CONSENT ORDER PURSUANT TO FED. R. CIV. P. 41(a)(2) |

WHEREAS, Plaintiffs AstraZeneca UK Limited, IPR Pharmaceuticals, Inc., and Shionogi Seiyaku Kabushiki Kaisha together with Defendants Watson Pharmaceuticals, Inc., Watson Pharma, Inc., and Watson Laboratories, Inc. request, subject to the approval of this Court, that the above-captioned action be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(2);

IT IS HEREBY ORDERED this 21 day of January, 2011:

1. Pursuant to Fed. R. Civ. P. 41(a)(2), the above-captioned action is hereby dismissed.

13309060_1

2. The dismissal of this action is without prejudice and does not operate as an adjudication on the merits.

_____
United States District Judge